CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

March 9, 2026

Via ECF
Hon. Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:    Segur v. SSA
       1:25-cv-8930 (GWG)

Dear Judge Gorenstein:

I am the attorney for the plaintiff in the above captioned case and write to request an extension of the briefing schedule. Plaintiff's papers are due to be filed on March 12, 2026. This is plaintiff's first request for an extension of time.

The administrative record is exceedingly lengthy (over 3,400 pages), and requires significant additional efforts to review and summarize the evidence. With the consent of opposing counsel, SAUSA Jonathan King, we respectfully request that the Court approve and adopt the following revised briefings schedule:

April 13, 2026      Plaintiff's Brief
June 12, 2026       Defendant's Opposition Brief
June 26, 2026       Plaintiff Reply

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:    AUSA Jonathan King

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 10, 2026