CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

April 14, 2026

Via ECF
Hon.  Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:    Segur v.  SSA
1:25-cv-8930 (GWG)

Dear Judge Gorenstein:

I am the attorney for the plaintiff in the above captioned case and write to request an extension of the briefing schedule. Plaintiff's were due to be filed yesterday, April 13, 2026. This is plaintiff's second request for an extension of time.

Regrettably, I was not able to complete Ms. Segur's papers yesterday and there remain several issues in organizing the facts set out in this extremely lengthy record. At the same time, I am experiencing significant reactions to seasonal allergies over the past week, which has made persisting all the more difficult. With the consent of opposing counsel, SAUSA Jonathan King, we respectfully request that the Court approve and adopt the following revised briefings schedule:

April 22, 2026       Plaintiff's Brief
June 22, 2026        Defendant's Opposition Brief
July 7, 2026         Plaintiff Reply

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:    AUSA Jonathan King

The proposed schedule is approved.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 15, 2026