UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA SEGUR,

                    Plaintiff,

        -against-

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.,

                    Defendant.

25 CIVIL 08930 (GWG)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Consent Order dated June 2, 2026, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**   New York, New York
          June 3, 2026

                                            **TAMMI M. HELLWIG**
                                            _____
                                               **Clerk of Court**


                              **BY:**
                                            _____
                                               **Deputy Clerk**